1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. I. Henry Harris* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.

No. 694. THOMAS B. STUART ET AL., PETITIONERS, *v.* UNION PACIFIC RAILROAD COMPANY. October 17, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit granted. *Mr. L. T. Michener, Mr. Thomas B. Stuart* and *Mr. Joseph C. Helm* for petitioners. *Mr. Clayton C. Dorsey, Mr. William V. Hodges, Mr. Maxwell Evarts* and *Mr. N. H. Loomis* for respondent.

No. 583. WALTER J. GREGORY, PETITIONER, *v.* THE DISTRICT OF COLUMBIA. October 24, 1910. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. A. S. Worthington* for petitioner. *Mr. Edward H. Thomas* and *Mr. William Henry White* for respondent.

No. 588. WILLIAM B. KRAFT, PETITIONER, *v.* THE DISTRICT OF COLUMBIA. October 24, 1910. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Daniel W. Baker* and *Mr. Frank J. Hogan* for petitioner. *Mr. Edward H. Thomas* and *Mr. William Henry White* for respondent.

No. 652. ABILENE NATIONAL BANK ET AL., PETITIONERS, *v.* JOSEPH N. DOLLEY, BANK COMMISSIONER, ET

AL. October 24, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. John Lee Webster, Mr. Chester I. Long, Mr. B. P. Waggener* and *Mr. John W. Gleed* for petitioners. *Mr. F. S. Jackson* for respondents.

---

No. 661. UNITED STEAMSHIP COMPANY, CLAIMANT, ETC., PETITIONER, *v.* SOCIETE NOUVELLE D'ARMEMENT. October 24, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Charles Page, Mr. Edward J. McCutchen* and *Mr. Samuel Knight* for petitioner. *Mr. William Denman* for respondent.

---

No. 697. THE MARITIME INSURANCE COMPANY, LIMITED, PETITIONER, *v.* THE M. S. DOLLAR STEAMSHIP COMPANY. October 24, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. William Denman* for petitioner. No appearance for respondent.

---

No. 710. HATTIE L. JOHNSTON, ADMINISTRATRIX, ETC., ET AL., PETITIONERS, *v.* STATE MUTUAL LIFE INSURANCE COMPANY. October 24, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. John G. Capers* and *Mr. W. Boyd Evans* for petitioners. *Mr. J. P. K. Bryan* for respondents.